E-Filing

# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )        Docket Number: CR 05-0283-09 JSW
)
GABRIEL JOSE NAVARRETTE )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ February 28, 2006 _____ be continued until _____ April 27, 2006 _____ at _____ 2:30 p.m. _____.

Date: FEB 2 1 2006

_Jeffrey S White_
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04